UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE DAMIAN RANGEL-CEJA,<br><br>Defendant. | NO: 2:10-CR-2115-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Rodgers' October 4, 2016 Report and Recommendation to deny Defendant's Motion for Reduction of Sentence, ECF No. 150.  ECF No. 154.  Neither party submitted timely objections to the Report and Recommendation.

Having reviewed the October 4, 2016, Report and Recommendation and there being no objections, the Court **ADOPTS** the Report and Recommendation, **ECF No. 154**, in its entirety.  Accordingly, Defendant's Motion for Reduction of Sentence, **ECF No. 150**, is **DENIED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant.

**DATED** this 25th day of October 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1