EDWA 50 (3/18)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2020

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Rangel-Ceja, Jaime Damian
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Docket No: 2:10CR02115-RMP-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Jaime Damian Rangel-Ceja to travel to Juchitlan, Jalisco, Mexico, March 1, 2020, through March 17, 2020.

Respectfully submitted by,

s/Stephen Krous          02/21/2020
Stephen Krous            Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

Signature of Judicial Officer

2/24/2020
Date