PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2020

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Jaime Damian Rangel-Ceja | Case Number: 0980 2:10CR02115-RMP-1 |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: August 30, 2012 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: August 19, 2019 |
| Original Sentence: Prison - 135 Months; TSR - 60 Months | Date Supervision Expires: August 18, 2024 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On October 18, 2020, Mr. Rangel-Ceja allegedly violated his conditions of supervision by leaving the judicial district and country, in which he traveled to Mexico without permission from the Court or his probation officer. |

**U.S. Probation Officer Action**:

On August 31, 2012, Jaime Damian Rangel-Ceja was sentenced in the Eastern District of Washington by the Honorable Rosanna Malouf Peterson, U.S. District Judge, to 135 months custody, followed by 5 years of supervised release after pleading guilty to possession with intent to distribute a controlled substance.

Mr. Rangel-Ceja arrived at the Spokane Residential Reentry Center (RRC) on February 29, 2019. Mr. Rangel-Ceja disclosed to his case manager that he had no family in the Eastern District of Washington, and he submitted a relocation request to California.

On March 20, 2019, Mr. Rangel-Ceja's relocation request plan was approved by the Central District of California Probation and Pretrial Services Office.

Mr. Rangel-Ceja commenced supervision on August 19, 2019. Since Mr. Rangel-Ceja's term of supervised release, he has provided all negative drug tests and has obtained employment and housing in California.

On October 18, 2020, Mr. Rangel-Ceja admitted he traveled into Mexico without authorization. Mr. Rangel-Ceja informed his supervising officer this travel was for medical and treatment services that were provided at a cheaper price compared to what he could afford in California.

Prob12A
Re: Rangel-Ceja, Jaime Damian
October 27, 2020
Page 2

On October 21, 2020, a report was sent to the Eastern District of Washington, highlighting the alleged violation of traveling outside the district without authorization. The supervising officer respectfully recommends the Court take no formal action at this time for his unauthorized travel to Mexico.

Further, the Central District of California has requested transfer of jurisdiction of this case, therefore, appropriate paperwork will be forthcoming.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  October 27, 2020

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer
Date:  October 27, 2020

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

10/27/2020

Date